**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01416-CR

### ALEXANDER ROBERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F12-58374-H

## ORDER

Before the Court is appellant's December 2, 2014 motion to abate the appeal and to remand the case to the trial court to complete the reporter's record. In his motion, appellant states that most evidentiary objections and rulings during appellant's trial occurred in conferences at the bench in order to prevent the jury from hearing about an earlier mistrial in the case. Appellant further states that trial counsel requested that the court reporter record the bench conferences. The reporter's record, however, does not include a transcription of the bench conferences. Appellant requests an abatement so that the trial court might determine whether the appellate record can be supplemented with a record of the bench conferences.

We **GRANT** appellant's motion.

We **ORDER** the trial court to make findings of fact regarding whether the record on appeal can be supplemented with a record of the bench conferences conducted during appellant's trial. If the trial court determines that the record can be supplemented with the bench conferences, the trial court shall determine the name and address of the court reporter who will prepare the supplemental reporter's record and determine the earliest date by which the reporter's record can be filed.

We **ORDER** the trial court to transmit to this Court a supplemental clerk's record, containing the written findings of fact, any recommendations, any supporting documentation, and any orders within **THIRTY DAYS** of the date of this order.

We further note that the appellate record in this case does not contain a certification from the trial court showing appellant's right to appeal. *See* TEX. R. APP. P. 25.2(d). We **ORDER** the trial court to prepare and file a certification of the right to appeal to include within the supplemental clerk's record.

This appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/ LANA MYERS
JUSTICE